Rouss, executor, *v.* McClure Ten Cent Company.

Little, J. There was no error of law of which complaint was made, and the evidence was sufficient to support the verdict. The trial judge did not, therefore, err in overruling the motion for a new trial.

*Judgment affirmed.*     *All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided July 19, 1902.

Garnishment.　Before　Judge Lumpkin.　Fulton superior court. November 2, 1901.

*H. W. Dent,* for plaintiff.　*H. M. Dorsey,* for defendant.